UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TYLER BAKER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:24-cv-1265 <br><br> Judge Anthony J. Trenga |

**Motion to Stay Discovery Temporarily Pending
Resolution of Defendants' Motion to Dismiss**

Defendants Capital One Financial Corporation and Discovery Financial Services, Inc., by counsel, respectfully move for the entry of a protective order to stay discovery in this case pending resolution of the Defendants' Motion to Dismiss, ECF No. 41. The Court has authority to "stay discovery pending a motion to dismiss," *Harrell v. Freedom Mortg. Corp.*, No. 18-cv-275, 2019 WL 9047223, at *2 (E.D. Va. Mar. 12, 2019) (Trenga, J.), both as a matter of the Court's inherent authority to control its docket, *see Dolan v. Ford Motor Co.*, No. 3:23CV512, 2023 WL 7285443, at *2 (E.D. Va. Nov. 3, 2023) (citing *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)), and under Rule 26, which authorizes the Court to issue protective orders for good cause, *see Colonial River Wealth Advisors, LLC v. Cambridge Inv. Rsch., Inc.*, No. 3:22CV717, 2023 WL 4936708, at *1 (E.D. Va. June 5, 2023) (citing Fed. R. Civ. P. 26(b)(1), (c)(1)).

For the reasons set forth in the accompanying memorandum, discovery would place an expensive and—should the Court grant Defendants' Motion to Dismiss—an unnecessary burden on the Defendants. Plaintiffs, though they presently lack the Article III standing to bring this case, would not be prejudiced by a temporary stay of discovery. Accordingly, discovery at this time would be inappropriate.

Dated: August 29, 2024

*/s/ Bryan A. Fratkin*
Ryan A. Shores (VA 65934)
David Gelfand (admitted *pro hac vice*)
Kenneth Reinker (admitted *pro hac vice*)
Nowell Bamberger (admitted *pro hac vice*)
Jacob M. Coate (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave, NW
Washington, DC 20037
Tel: 202-974-1500
Fax: 202-974-1999
rshores@cgsh.com
kreinker@cgsh.com
nbamberger@cgsh.com
dgelfand@cgsh.com
jcoate@cgsh.com

John S. Moran (VSB No. 84236)
Emily E. Kelley (VSB No. 96252)
MCGUIREWOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Tel.: (202) 828-2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com
ekelley@mcguirewoods.com

Bryan A. Fratkin (VSB No. 38933)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-4352
Fax: (804) 698-2100
bfratkin@mcguirewoods.com

Ryan McLeod (admitted *pro hac vice*)
Christina Chu Ma (admitted *pro hac vice*)
Adam Goodman (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St
New York, NY 10019
Tel.: (212) 403-1000
Fax: (212) 403-2175
ramcleod@wlrk.com
ccma@wlrk.com
algoodman@wlrk.com

*Counsel for Defendant Capital One Financial Corporation*

/s/ Daniel J. Richardson
Daniel J. Richardson (VSB No. 94961)
Amanda F. Davidoff (admitted *pro hac vice*)
Joseph J. Matelis (admitted *pro hac vice*)
Elizabeth A. Rose (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215
Tel: 202-956-7500
Fax: 212-558-3588
richardsond@sullcrom.com
matelisj@sullcrom.com
davidoffa@sullcrom.com
rosee@sullcrom.com

*Counsel for Defendant Discover Financial Services, Inc.*

**Certificate of Compliance with Local Rule 37(E)**

I certify that on August 28, 2024, counsel for Defendants met and conferred with counsel for Plaintiffs in a good faith effort to resolve this discovery matter. Counsel for Plaintiffs explained that they do not consent to the stay of discovery requested in this motion. Counsel for Plaintiffs did, however, agree to an expedited briefing schedule and that this motion be heard on Wednesday, September 11.

*/s/ Bryan A. Fratkin*
Bryan A. Fratkin

**Certificate of Service**

I certify that on this 29th day of August, 2024, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

_/s/ Bryan A. Fratkin_
Bryan A. Fratkin
