IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TYLER BAKER, *et al.*, <br> *each individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-01265 (AJT/LRV) |

## ORDER

On September 11, 2024, the Court held a hearing on Defendants' motion to dismiss, [Doc. No. 41] (the "Motion"). For the reasons stated from the bench, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED** in part and **DENIED** in part. The Motion to dismiss is **DENIED**, and the Motion to Stay proceedings is **GRANTED**; and the action is hereby **STAYED** in all respects, pending further order of this Court; and it is hereby

**ORDERED** that the Parties shall file a status report with the Court either (i) within ninety (90) days of this Order to appraise the Court of the status of the regulatory review of the merger or (ii) within three (3) days upon receiving notice that any of the three regulatory bodies completed their review of the proposed merger, whichever event occurs sooner.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
October 18, 2024

Anthony J. Trenga
Senior U.S. District Judge