UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TYLER BAKER, *et al.*,<br><br>                               *Plaintiffs*,<br><br>v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION, *et al.*,<br><br>                               *Defendants*. | Civil Action No. 1:24-cv-1265<br><br>Judge Anthony J. Trenga<br><br>Judge Lindsey M. Vaala |

**Defendants' Status Update**

On October 18, 2024, this Court granted Defendants' Motion to Stay and ordered the parties to file a status report with the Court "either (i) within ninety (90) days of this Order to appraise the Court of the status of the regulatory review of the merger or (ii) within three (3) days upon receiving notice that any of the three regulatory bodies completed their review of the proposed merger, whichever event occurs sooner." Order, ECF No. 84. As noted in Defendants' prior status update, on December 18, 2024, the Delaware State Bank Commissioner completed its review of the proposed merger. ECF No. 88.

Review by the Board of Governors of the Federal Reserve and the Office of the Comptroller of the Currency is ongoing. Approval by each agency is required before the merger can proceed. Review by the Department of Justice is also ongoing.

Dated: January 16, 2025

/s/ Ryan A. Shores
Ryan A. Shores (VA 65934)
David Gelfand (admitted *pro hac vice*)
Kenneth Reinker (admitted *pro hac vice*)

/s/ Daniel J. Richardson
Daniel J. Richardson (VSB No. 94961)
Amanda F. Davidoff (admitted *pro hac vice*)
Joseph J. Matelis (admitted *pro hac vice*)

1

Nowell Bamberger (admitted *pro hac vice*)
Jacob M. Coate (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave, NW
Washington, DC 20037
Tel.: 202-974-1500
Fax: 202-974-1999
rshores@cgsh.com
kreinker@cgsh.com
nbamberger@cgsh.com
dgelfand@cgsh.com
jcoate@cgsh.com

John S. Moran (VSB No. 84236)
Emily E. Kelley (VSB No. 96252)
MCGUIREWOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Tel.: (202) 828-2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com
ekelley@mcguirewoods.com

Bryan A. Fratkin (VSB No. 38933)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-4352
Fax: (804) 698-2100
bfratkin@mcguirewoods.com

Ryan McLeod (admitted *pro hac vice*)
Christina Chu Ma (admitted *pro hac vice*)
Adam Goodman (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St
New York, NY 10019
Tel.: (212) 403-1000
Fax: (212) 403-2175
ramcleod@wlrk.com
ccma@wlrk.com
algoodman@wlrk.com

*Counsel for Defendant Capital One Financial Corporation*

Elizabeth A. Rose (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215
Tel.: 202-956-7500
Fax: 212-558-3588
richardsond@sullcrom.com
matelisj@sullcrom.com
davidoffa@sullcrom.com
rosee@sullcrom.com

*Counsel for Defendant Discover Financial Services*

2

## Certificate of Service

I certify that on January 16, 2025, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

/s/ Ryan A. Shores
Ryan A. Shores
