UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TYLER BAKER, *et al.*, <br>       *Plaintiffs*, <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, *et al.*, <br>       *Defendants*. | Civil Action No. 1:24-cv-1265 (AJT/LRJ) <br><br> Hon. Anthony J. Trenga |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tyler Baker and Lora Grodnick dismiss, with prejudice, all claims against Defendants Capital One Financial Corporation and Discover Financial Services.

Dated: April 10, 2025

/s/ Andrew M. Williamson

**FROST LAW**
Andrew Williamson (VSB 83366)
839 Bestgate Road
Suite 400
Annapolis, Maryland 21401
410-497-5947
Andrew.Williamson@frosttaxlaw.com

**BATHAEE DUNNE LLP**
Yavar Bathaee (*pro hac vice*)
yavar@bathaeedunne.com
445 Park Avenue
9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (*pro hac vice*)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, a true and correct copy of the foregoing document was served through the CM/ECF system on all counsel of record.

Dated:  April 10, 2025                               By:     /s/ *Andrew M. Williamson*